No. 406. SULLIVAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 407. HOLLISTER *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 408. CITY BANK FARMERS TRUST CO., TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 409. ROBISON *v.* FIRST NATIONAL PICTURES, INC., ET AL. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Zach Lamar Cobb* for petitioner. *Mr. Irving M. Walker* for respondents.